# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **PATRICK P. SHARP,** | **JUDGMENT IN A CIVIL CASE** |
| **Petitioner,** | |
| v. | 09-cv-109-bbc |
| **GREGORY GRAMS, Warden,**<br>**Columbia Correctional Institution,** | |
| **Respondent.** | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that Patrick P. Sharp's petition for a writ of habeas corpus is DISMISSED WITH PREJUDICE for petitioner's failure to file it within the limitations period prescribed by 28 U.S.C. § 2244(d).

**PETER A. OPPENEER**
_____
**Peter A. Oppeneer, Clerk**

**Connie A. Korth**                                              **3/04/09**
_____                        _____
**by Deputy Clerk**                                              **Date**